STATE of Missouri, Respondent,

v.

Willie BATES, Defendant,

Donald Hawkins c/o Safety National Casualty Corporation, Surety/Appellant.

No. ED 93339.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 23, 2010.

Nick A. Zotos, Saint Louis, MO, for Surety/Appellant.

Brad Elkin, Office of the Circuit Attorney, Saint Louis, MO, for Respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and GEORGE W. DRAPER III, J.

***ORDER***

PER CURIAM.

Safety National Casualty Corporation, as surety of an appearance bond, appeals from a bond forfeiture judgment. No error of law appears. An extended opinion would have no precedential value. We have, however, provided the parties with a memorandum setting forth the reasons for

our decision. We affirm the judgment under Rule 84.16(b).